**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2265**

_____

RICHARD PHILLIP OF THE FAMILY VALDEZ,

Plaintiff - Appellant,

v.

CHESAPEAKE JUVENILE AND DOMESTIC RELATIONS DISTRICT COURT;
UNKNOWN CLERKS; CITY OF CHESAPEAKE; BONNIE COFFEY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk. Arenda L. Wright Allen, District Judge. (2:25-cv-00103-AWA-DEM)

_____

Submitted: April 23, 2026                                    Decided: April 27, 2026

_____

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard Phillip of the Family Valdez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Phillip of the Family Valdez appeals the district court's order dismissing, on 28 U.S.C. § 1915 review, Phillip's federal and state law claims.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Richard Phillip of the Family Valdez v. Chesapeake Juv. & Dom. Rel. Dist. Ct.*, No. 2:25-cv-00103-AWA-DEM (E.D. Va. Oct. 6, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*